```
                                                          U.S. DISTRICT COURT
                                                          DISTRICT OF VERMONT
                                                                FILED
             UNITED STATES DISTRICT COURT
                      FOR THE                             2026 JAN 20 A 11: 17
                DISTRICT OF VERMONT
                                                                    CLERK
                                                          BY_____
                                         )                     DEPUTY CLERK
IN RE:                                   )
NONJUDICIAL CIVIL FORFEITURE             )   Misc. No.: 2:26-mc-6
PROCEEDING                               )
                                         )
```

### ORDER EXTENDING TIME TO FILE FORFEITURE COMPLAINT AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through March 23, 2026, the time by which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") initiated nonjudicial civil forfeiture proceedings and to which MATTHEW KIELECKI ("KIELECKI") asserts an interest, to wit, the following property (collectively, the "Subject Property"):

a. Taurus (Brazil) Model 85 .38spl Revolver SN: AGC122576;

b. Armscor (Philippines) Model 206 .38spl Revolver SN: RIA2063592;

c. Smith & Wesson M&P Bodyguard 380 .380 Caliber Semi-Automatic Pistol SN: KFT0895;

d. Smith & Wesson M&P 9 Shield M2.0 9x19mm Semi-Automatic Pistol SN: HZA1445;

e. Taurus (Brazil) Model 66 .357 Caliber Revolver SN: LP427154;

f. Taurus (Brazil) Model PT111 G2A 9x19mm Semi-Automatic Pistol SN: TLU31384;

g. Springfield Armory 911 .380 Caliber Semi-Automatic Pistol SN: CC112240;

h. Hermann Weihrauch (Germany) Burgo Unknown Model .22 Caliber Revolver SN: 78178;

    i. Heckler & Koch (Germany) VP9SK 9x19mm Semi-Automatic Pistol SN: 232-034088;

    j. Beretta U.S.A. M9 9x19mm Semi-Automatic Pistol SN: M9-221327;

    k. RIA 1911 A1 .45 Caliber Semi-Automatic Pistol SN: RIA 1963490;

    l. Taurus (Brazil) Model 689 .357 Caliber Revolver SN: 1G174351;

    m. Heritage Rough Rider .22 Caliber Revolver SN: Y43036;

    n. Palmetto State Armory M16A2 5.56mm AR-Style Rifle SN: 813214;

    o. Russia (Russia) Mosin Nagant 7.62x54Rmm Rifle SN: 9130093711;

    p. New England Firearms Pardner 12-Gauge Shotgun SN: NV338068;

    q. Mossberg 590S Shockwave 12-Gauge Shotgun SN: V0806783;

    r. Savage Stevens Model 330 l12-Gauge Shotgun SN: 120569T;

    s. Ruger 10/22 .22 Caliber Rifle SN: 122-62288;

    t. Marlin Model 366W 30-30 Caliber Rifle SN: MR85055E; and

    u. 90 Rounds of Assorted Ammunition;

and the United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), ATF provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about October 23, 2025, ATF received from KIELECKI a claim form that identified KIELECKI as a claimant asserting an interest in the Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. The United States seeks the requested relief to permit the parties to explore whether this matter may be resolved without contested forfeiture proceedings; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, for good cause shown, the time by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through March 23, 2026.

Dated at _Burlington_, in the District of Vermont, this 20th day of January, 2026.

Christina Reiss, Chief Judge
United States District Court